FREDERICK J. YOUNG, as Receiver of INTERNATIONAL EXCHANGE BANK, Appellant, *v.* ANTONIO DISTEFANO, Respondent.

Argued March 15, 1937; decided April 20, 1937.

*Martin Conboy, David Asch* and *William J. Butler* for appellant.

*Joseph Aranow* and *Alfred Zwoden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.